No. 12–0300/AR. U.S. v. Payson C. Averill. CCA 20090491. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 16, 2012.

No. 12–0331/AR. U.S. v. Jamil V. Williams. CCA 20090619. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 18, 2012.

No. 12–0678/AR. U.S. v. David N. Gillum. CCA 20111156. Appellant's motion to file the supplement to the petition for grant of review out of time granted.

No. 13–0003/AR. U.S. v. Megan B. McClellan. CCA 20110484. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including October 11, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0009/AR. U.S. v. Roger Cruz. CCA 20100132. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including October 11, 2012, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 13–0038/NA. U.S. v. Kenneth J. Perry. CCA 201100273. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 17, 2012.

No. 13–0040/AR. U.S. v. James A. Backes. CCA 20110870. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 18, 2012.

No. 12–8031/MC. James M. Lewis v. U.S. On consideration of the petition for reconsideration of the Court's Order of August 24, 2012, it is ordered that said petition for reconsideration is denied.